UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   08-26046-BKC-AJC
MARIE PHILOGENE

                                      MAY 14 2010

CHAPTER 13

U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $   148.77   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( )   The trustee has a balance of $     .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

     Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

     WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

MAY 1 3 2010
Date: _____

                                      _____
                                      NANCY N. HERKERT
                                      CHAPTER 13 TRUSTEE

Copies to:

MARIE PHILOGENE
POB 370182
MIAMI, FL 33137

MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 209
MIAMI, FL 33166

AMERICAN HOME MTG
POB 631730
IRVING, TX 75063-1730

AMERICAN HOME MTG
POB 631730
IRVING, TX 75063-1730

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  08-26046-BKC-AJC
MARIE PHILOGENE

CHAPTER 13

MARIE PHILOGENE

POB 370182
MIAMI, FL 33137


MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 209
MIAMI, FL 33166

AMERICAN HOME MTG                         ---------$         143.12
POB 631730
IRVING, TX 75063-1730              **RETURNED FROM CREDITOR
                                    BECAUSE CASE DISMISSED
                                    CLAIM REGISTER #    2**

AMERICAN HOME MTG                         ---------$           5.65
POB 631730
IRVING, TX 75063-1730              **RETURNED FROM CREDITOR
                                    BECAUSE CASE DISMISSED
                                    CLAIM REGISTER #    2**

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130