UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                      CASE NO.  08-26046-BKC-AJC
MARIE PHILOGENE

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   156.40   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $     .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:   9/23/10

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MARIE PHILOGENE
POB 370182
MIAMI, FL 33137

MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 209
MIAMI, FL 33166

MIAMI-DADE TAX COLLECTOR
BANKRUPTCY UNIT
140 W. FLAGLER ST, SUITE 1403
MIAMI, FL 33130-1575

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130

#287837

```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF FLORIDA


IN RE:                              CASE NO.   08-26046-BKC-AJC
MARIE PHILOGENE


                                    CHAPTER 13



MARIE PHILOGENE

POB 370182
MIAMI, FL 33137



MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 209
MIAMI, FL 33166

MIAMI-DADE TAX COLLECTOR        ---------$           156.40
BANKRUPTCY UNIT
140 W. FLAGLER ST, SUITE 1403
MIAMI, FL 33130-1575                  UNDELIVERABLE/STALE
                                      CLAIM REGISTER#  1
U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130
```